SOUTHERN DISTRICT OF MISSISSIPPI
MAY 31 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

May 17, 2024
B-Block
Scott County
Detention center

3:24cv319 CWRASH

My name is Braxton McCann, and I'm currently detained at Scott County Detention Center. I'm suing Scott County Dention Center for Excessive Bail; They charged me with Grand larsony and set my Bond at ($50,000.00). I've been detained since March 10th 2024 and I've yet not gone to court. They put me in B-Block where there is Growth in the showers, on the floors and walls (Blackmold). When it rains it leaks through the skylights and walls and makes the floors wet, it even leak down on my bed. 8th Amendment / 14th Amendment: My right to effective communication is a violation of my Federal and State right to Bail, counsel, and Due process of Law (No Law Library Access.) Denied me adiquate medical care (Back pain, neck pain, chest pain). They only give us 4 rolls of toilet paper for 30 men to share and doesn't even last but only 3 days (if that). The back door doesn't open from the control tower; it only opens by key from the outside. So Jailers would have to walk through A-Block and go out A-Block's back door to open B-Block's back door. (This is a fire Hazard) The front door to B-Block is the same way. The Jailers do not give us our daily (1hr) recreation. (No yard call) It's a lot of dust floating →

in the Air that you are forced to breath in, since you are locked down (24 hrs) a day now for no reason. The living conditions are inhumane. Please Help!